UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATASHA BELSER,       ) | |
|       ) | |
|   Plaintiff,       ) | |
|       ) | |
| vs.       ) | CIVIL ACTION |
|       ) | FILE NO. 1:12-cv-01306-CAP-JFK |
| LIFE UNIVERSITY, INC. and ) | |
| DR. MICHAEL ABBATINOZZI, ) | |
|       ) | |
|   Defendants.       ) | |

## NOTICE OF DEPOSITION OF PLAINTIFF NATASHA BELSER

TO: Natasha Belser
c/o Robert N. Marx, Esq.
Marx & Marx, L.L.C.
5555 Glenridge Connector, Ste. 200
Atlanta, Georgia 30342
lawyers@marxlaw.com

You are hereby notified that, pursuant to Federal Rules of Civil Procedure 26 and 30, Defendant Boresha International, Inc. will take the deposition of Plaintiff NATASHA BELSER on Wednesday, December 12, 2012 beginning at 10:00 a.m., at the law offices of Marx & Marx, L.L.C., 5555 Glenridge Connector, Ste. 200, Atlanta, Georgia 30342.

1

This deposition will be taken for purposes of discovery, cross-examination and all other purposes authorized by law. The deposition will be taken before a duly authorized court reporter.

Respectfully submitted this 27th day of November, 2012.

                STRICKLAND BROCKINGTON LEWIS LLP

                /s/ Jonathan R. Poole
                Mary M. Brockington
                Georgia Bar No. 084220
                mmb@sbllaw.net
                Jonathan R. Poole
                Georgia Bar No. 142311
                jrp@sbllaw.net
                Midtown Proscenium, Suite 2200
                1170 Peachtree Street, N.E.
                Atlanta, Georgia 30309
                (678) 347-2200 (telephone)
                (678) 347-2210 (facsimile)

                *Attorneys for Defendant Life University, Inc.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATASHA BELSER, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CIVIL ACTION |
| ) | FILE NO. 1:12-cv-01306-CAP-JFK |
| LIFE UNIVERSITY, INC. and ) | |
| DR. MICHAEL ABBATINOZZI, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing **NOTICE OF DEPOSITION OF PLAINTIFF NATASHA BELSER** upon all parties to this with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Robert N. Marx, Esq.                Owen T. Hill, Esq.
Jean Simonoff Marx, Esq.            Nicolette J. Lee, Esq.
Marx & Marx, L.L.C.                 Littler Mendelson
5555 Glenridge Connector, Ste. 200  3344 Peachtree Road, N.E., Ste 1500
Atlanta, Georgia 30342              Atlanta, Georgia 30326-4803
lawyers@marxlaw.com                 OHill@littler.com
                                    NLee@littler.com

This 27th day of November, 2012.

    /s/ Jonathan R. Poole
Jonathan R. Poole
Georgia Bar No. 142311