IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATASHA BELSER,<br><br>Plaintiff,<br><br>v.<br><br>LIFE UNIVERSITY, INC. and<br>DR. MICHAEL ABBATINOZZI,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:12-CV-1306-CAP-JFK |

## CONSENT MOTION TO EXTEND DISCOVERY DEADLINE

COMES NOW Defendant Dr. Michael Abbatinozzi ("Abbatinozzi"), and moves with the consent of Plaintiff Natasha Belser ("Plaintiff") and Defendant Life University, Inc. ("Life University"), pursuant to Local Rule 26.2(B) and section 4 of the Guidelines for Discovery and Motion Practice filed July 20, 2012 [Dkt. No. 7], to extend the discovery deadline in the above-captioned matter to February 18, 2013. In support of this Motion, Abbatinozzi states as follows:

1. Under the Order and Magistrate Judge's Scheduling Order [Dkt. No. 14], the current discovery deadline is December 17, 2012.

2. No Party has previously requested an extension of the discovery period.

1

3.  The Parties are actively engaged in the discovery process. They have served and responded to written discovery, and some Parties are in the process of supplementing their discovery responses. In addition, the Parties are in the process of scheduling fact depositions. However, given the upcoming holiday period and the travel schedules of the attorneys and the Parties, the Parties request an extension of the discovery period to complete all fact depositions.

4.  Plaintiff and Life University have been consulted and consent to the extension sought in this Motion.

For the foregoing reasons, Abbatinozzi respectfully requests that the Court grant an extension of the discovery deadline to February 18, 2013.

Respectfully submitted this 28th day of November, 2012.

/s/ *Nicolette J. Lee*
Nicolette J. Lee
Georgia Bar No. 330210
Owen T. Hill
Georgia Bar No. 354393

LITTLER MENDELSON, P.C.
3344 Peachtree Road N.E.
Suite 1500
Atlanta, GA  30326.4803
Telephone:    404.233.0330
Facsimile:    404.233.2361

Attorneys for Defendant
Dr. Michael Abbatinozzi

**CONSENTED TO BY:**

*Robert N. Marx*
Robert N. Marx
Georgia Bar No. 475280
Jean Siminoff Marx
Georgia Bar No. 475276
Marx & Marx, L.L.C.
5555 Glenridge Connector
Suite 200
Atlanta, GA 30342

Attorneys for Plaintiff

*\*Signed with express permission*

/s/ *Mary M. Brockington**
Mary M. Brockington
Georgia Bar No. 084220
mmb@sbllaw.net
Jonathan R. Poole
Georgia Bar No. 142311
jrp@sbllaw.net
Midtown Proscenium, Suite 2200
1170 Peachtree Street, N.E.
Atlanta, Georgia 30309
(678) 347-2200 (telephone)
(678) 347-2210 (facsimile)

Attorneys for Defendant
Life University, Inc.

*Signed with express permission*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATASHA BELSER,<br><br>  Plaintiff,<br><br>v.<br><br>LIFE UNIVERSITY, INC. and DR. MICHAEL ABBATINOZZI,<br><br>  Defendants. | CIVIL ACTION NO.<br><br>1:12-CV-1306-CAP-JFK |

**CERTIFICATE OF SERVICE**

I hereby certify I have electronically filed the foregoing **CONSENT MOTION TO EXTEND DISCOVERY DEADLINE** using the Court's ECF system, which will automatically generate notice to:

| | |
|---|---|
| Robert N. Marx, Esq.<br>Marx & Marx, L.L.C.<br>5555 Glenridge Connector<br>Suite 200<br>Atlanta, GA 30342 | Mary M. Brockington, Esq.<br>Jonathan R. Poole, Esq.<br>STRICKLAND BROCKINGTON LEWIS LLP<br>Midtown Proscenium, Suite 2200<br>1170 Peachtree Street NE<br>Atlanta, Georgia 30309 |

This 28th day of November, 2012.

/s/ Nicolette J. Lee
Nicolette J. Lee
Georgia Bar No. 330210

Firmwide:116067485.3 071856.1001